JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MATTSON, PHILLIP SARVER, BRIAN STIEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CITY OF LOS ANGELES FIRE CHIEF WILLIAM BAMATTRE; CITY OF LOS ANGELES DEPUTY FIRE CHIEF ANDREW FOX; CITY OF LOS ANGELES DEPUTY FIRE CHIEF TONY VARELLA; CITY OF LOS ANGELES BATTALION FIRE CHIEF SCOTT MOTTRAM, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV05-08861 DOC (RZx)<br><br>JUDGMENT ON THE VERDICT FOR DEFENDANTS CITY OF LOS ANGELES, WILLIAM BAMATTRE, ANDREW FOX, AND TONY VARELLA |

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict for all remaining Defendants, City of Los Angeles, William Bamattre, Andrew Fox, and Tony Varella ("Defendants").

///

1    IT IS ORDERED AND ADJUDGED that Defendants are entitled to recover costs,
2 to be submitted according to the rules, from the Plaintiffs Brett Mattson, Phillip Sarver
3 and Brian Stien the total amount.
4
5 (Pursuant to the verdict decided on October 1, 2010).
6
7 Dated: ~~October~~ November 23, 2010
8 at _____
9
                                                 U.S. DISTRICT COURT

                                                 By: *[signature]*

                                                 David O. Carter, District Judge

                                                 ~~By:~~
                                                  ~~Deputy Clerk~~

cc: Counsel of records

**2**

**JUDGMENT ON THE VERDICT FOR DEFENDANTS**